**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JESUS JACOBO ORTIZ RUIZ,
Petitioner,
v.
D. MARIN, *et al*.,
Respondents.

Case No. 5:26-cv-02979-DMK

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: October 5, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE